## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| BRODERICK DON SCOTT | ) | |
| ADC # 103710 | ) | |
|    Petitioner, | ) | **Case No. 5:14-CV-00232 JLH-JTK** |
| | ) | |
| v. | ) | |
| | ) | |
| RAY HOBBS, Director, Arkansas | ) | |
| Department of Correction | ) | |
|    Respondent. | ) | |

## ORDER

     Based on the location of Petitioner's confinement and the style of his pleadings, it is apparent that Petitioner has erroneously filed his petition in the Eastern District of Arkansas, rather than the Western District of Arkansas. As such, the Court finds that the interests of justice would best be served by transferring the present action to the United States District Court for the Western District of Arkansas. The Court directs the Clerk to make an immediate transfer of this action to the Western District.

     IT IS SO ORDERED this 16th day of June, 2014.

                                                          United States Magistrate Judge