IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


BRODERICK DON SCOTT                                    PETITIONER


        V.                        Civil No. 14-6078


WENDY KELLEY, Director
Arkansas Department of Correction                      RESPONDENT


O R D E R

On this 17th day of November 2015, there comes on for consideration the report and recommendation filed in this case on April 29, 2015, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 23). Also before the Court are Petitioner's objections (Doc. 28).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's 28 U.S.C. § 2254 petition (doc. 2) is hereby DISMISSED WITH PREJUDICE for failure to state a claim. Further, Petitioner has failed to make a substantial showing of the denial of a constitutional right, and the Court declines to issue a certificate of appealability. Finally, Petitioner's various *pro se* motions (docs. 24, 26, 29, 31-33) are DENIED AS MOOT.

IT IS SO ORDERED.


/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge